# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ROBERT J. THOMPSON, | : No. 423 WAL 2014 |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| EUGENE P. GINKEL, LISA D. GINKEL, | : |
| GLENN J. KRESS, DONALD KRESS, | : |
| BRADLY KRESS, KRESS BROTHERS | : |
| BUILDERS, INC., KRESS BROTHERS | : |
| BUILDERS, L.P., SANDRA F. DOBLER, | : |
| | : |
| Respondents | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF:  EUGENE P. GINKEL | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.